UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No: 2:18-cv-526-FtM-38CM

JOERG EIFLER,

    Defendant.
_____/

### ORDER[1]

Before the Court is Joerg Eifler's Motion to Dismiss Complaint (Doc. 12). Plaintiff Patricia Kennedy has since filed an Amended Complaint (Doc. 13). Because an amended pleading supersedes an original, motions directed at the superseded pleading are moot. *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint."). Thus, the Court will deny Joerg Eifler's motion as moot.

Accordingly, it is now **ORDERED**:

Defendant Joerg Eifler's Motion to Dismiss Complaint (Doc. 12) is **DENIED as moot.**

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of September 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.